BEFORE THE SECOND DIVISION, FEBRUARY. 19, 1941

No. 45424.—Protests 650709–G, etc., of A. J. Guthrie et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.